UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID D. BUTLER,

      Plaintiff,

 v.

JAMES HANKEN, et al.,

      Defendant.

CASE NO. 2:23-cv-01624-LK-BAT

**ORDER STRIKING MOTION FOR DISCOVERY, DKT. 17**

  Plaintiff filed a motion for discovery on January 19, 2024. Dkt. 17 the Court **ORDERS**:

  1. Plaintiff's motion for discovery, Dkt. 17, is **STRICKEN** for two reasons. The Court will not hear a motion to compel discovery until the moving party has met and conferred with opposing counsel or made a good faith effort to do so. Fed. R. Civ. P. 37(a)(1). A good faith effort to confer requires a face-to-face meeting or telephone conference. Local Rule CR 37(a)(2)(A). Plaintiff presents nothing showing he has met this requirement before he filed his discovery motion. Additionally, On January 18, 2024, the Court granted Plaintiff's motion for appointment of counsel and stayed pretrial deadlines pending locating counsel who would be willing to represent Plaintiff *pro bono*. It is the Court's intent the parties delay discovery pending the appearance of *pro bono* counsel. Once *pro bono* counsel appears, the parties shall confer and submit a Joint Status Report so the Court can issue an amended pretrial schedule.

      2.      Plaintiff should note that once *pro bono* counsel has been secured and makes an appearance, Plaintiff may not file pleadings himself as all pleadings should be filed by *pro bono* counsel. Thus, any pleading that Plaintiff himself files while represented by counsel will be stricken.

      3.      The clerk of court shall provide a copy of this Order to the parties and to the assigned United States District Judge.

DATED this 22nd day of January, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge