UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID D BUTLER,

                      Plaintiff,

     v.

JAMES HANKEN, CALVIN COGBURN,
STEVEN JEWITT,

                Defendants.

CASE NO. 2:23-cv-01624-LK-BAT

**ORDER SETTING TRIAL DATE
AND PRETRIAL SCHEDULE**

The Court has reviewed the parties' Joint Status Report and Discovery Plan (Dkt. 28) and sets this case for a jury trial before District Judge Lauren King, with the following pretrial deadlines:

| Event | Date |
|---|---|
| JURY TRIAL SET FOR 9:00 AM on | **March 3, 2025** |
| Length of Trial | **2 Days** |
| Deadline for joining additional parties | **August 30, 2024** |
| Deadline for amending pleadings | **September 30, 2024** |
| Reports of expert witnesses under FRCP 26(a)(2) due | **September 30, 2024** |
| Reports of rebuttal expert witnesses under FRCP 26(a)(2) due | **October 14, 2024** |
| All motions related to discovery must be noted for consideration no later than | **October 16, 2024** |
| Discovery to be completed by | **November 15, 2024** |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)). Such | **December 9, 2024** |

ORDER SETTING TRIAL DATE AND
PRETRIAL SCHEDULE - 1

| motions must be noted for consideration no later than the fourth Friday thereafter (see LCR 7(d)). | |
| --- | --- |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | **December 23, 2024** |
| Mediation per CR 39.1(c)(3) held no later than | **January 20, 2025** |
| All motions in limine must be filed by | **February 10, 2025** |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | **February 17, 2025** |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the second Friday after filing | **February 10, 2025** |
| Trial briefs, proposed voir dire questions, and deposition designations due | **February 17, 2025** |
| Pretrial conference scheduled at 10:00 am on | **February 24, 2025** |

All other dates are specified in the Local Civil Rules. The dates set forth in this order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify Deputy Clerk Natalie Wood in writing within ten (10) days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but the trial may have to await the completion of other cases.

### COOPERATION

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are also directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

**EXHIBITS**

The original and two copies of the trial exhibits are to be delivered to Natalie Wood, Courtroom Deputy, seven days before the trial date. Each exhibit shall be clearly marked. The Court hereby alters the LCR 16.1 procedure for numbering exhibits: Plaintiff(s)' exhibits shall be numbered consecutively beginning with 1; defendant(s)' exhibits shall be numbered consecutively beginning with 500. Duplicate documents shall not be listed twice. Once a party has identified an exhibit in the pretrial order, it may be used by any party. Each set of exhibits shall be submitted in a three−ring binder with appropriately numbered tabs.

**PRIVACY**

Pursuant to LCR 5.2(a), parties shall refrain from including, or shall partially redact where inclusion is necessary, the following personal data identifiers from all documents filed with the court or used as exhibits in any hearing or at trial, unless otherwise ordered by the court:

- Dates of Birth – redact to the year of birth, unless deceased.
- Names of Minor Children – redact to the initials, unless deceased or currently over the age of 18.
- Social Security or Taxpayer Identification Numbers − redact in their entirety.
- Financial Accounting Information − redact to the last four digits.
- Passport Numbers and Driver License Numbers − redact in their entirety.

**MEDIATION AND SETTLEMENT**

The Court designates this case for mediation under CR 39.1(c) and the parties are directed to follow through with the procedures set forth in that rule. The Court will entertain a request for a pro bono mediator.

If this case settles, counsel shall notify Natalie Wood via email at natalie_wood@wawd.uscourts.gov as soon as possible. Pursuant to LCR 11(b), an attorney who

ORDER SETTING TRIAL DATE AND
PRETRIAL SCHEDULE - 3

fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED this 22nd day of April, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER SETTING TRIAL DATE AND
PRETRIAL SCHEDULE - 4