The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID D. BUTLER,<br><br>                     Plaintiff,<br><br>  v.<br><br>JAMES HANKEN, et al.,<br><br>                    Defendants. | No. 2:23-cv-01624-LK-BAT<br><br>STIPULATED MOTION AND ORDER EXTENDING CASE DEADLINES<br><br>Noted for Consideration:<br>September 27, 2024 |

## **STIPULATED MOTION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff David Butler ("Plaintiff") and Defendants James Hankin, Calvin Cogburn, and Dr. Steven Jewitt ("Defendants") hereby stipulate and agree to the following proposed deadline extending the pre-trial dates in the above-captioned matter, subject to the Court's approval.

    1.     On April 23, 2024, the Court entered its Order Setting Trial Date and Pretrial Schedule.  *See* Dkt. 29.

    2.     On July 17, 2024, Butler filed a separate lawsuit in this Court, captioned *Butler v. Bowen et al.*, 2:24-cv-01071-KKE ("Bowen Lawsuit). The lawsuit raised new claims against new defendants.  Undersigned counsel for Plaintiff did not participate in the preparation and filing of this lawsuit and was not aware of Butler's intention to file the additional lawsuit.

STIPULATED MOTION TO EXTEND DEADLINES
(No. 2:23-cv-01624-LK-BAT) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Undersigned counsel for Defendants was not involved in the Bowen Lawsuit, or made aware of its filing.

3. On August 9, 2024, the Honorable Brian A. Tsuchida recommended that the Bowen Lawsuit be dismissed without prejudice, and any claims raised in the Bowen Lawsuit should be consolidated with the above-captioned matter. *See* 2:24-cv-01071-KKE, Dkt. 5.

4. On or around August 28, 2024, Butler informed undersigned Counsel of the Bowen Lawsuit. At that time, the deadline to file objections to Magistrate Judge Tsuchida's Report & Recommendation had passed.

5. On September 3, 2024, the Honorable Kymberly K. Evanson adopted Magistrate Judge Tsuchida's report and recommendation, and dismissed the Bowen Lawsuit without prejudice. *See* 2:24-cv-01071-KKE, Dkt. 6.

6. On September 11, 2024, Plaintiff's Counsel reached out to Counsel for the Defendants, explaining the Court's Order in the Bowen Lawsuit. Plaintiffs' Counsel requested a four-week extension to file an Amended Complaint, to provide both parties additional time to investigate the new claims sought to be consolidated with the above-captioned lawsuit.

7. Counsel for Defendants agreed and requested that all pre-trial deadlines be extended up to ninety days, and the current trial date be vacated, to provide both parties sufficient time to conduct a meaningful investigation into Plaintiff's additional claims.

8. On September 25, 2024, Butler confirmed that an extension was agreeable. In accordance with the above, the Parties thus stipulate and agree to the following amended case pre-trial case schedule (subject to Court approval):

| Event | Current Date | Requested Date |
|---|---|---|
| Deadline for Amended pleadings. | September 30, 2024 | November 1, 2024 |
| Reports of expert witnesses under FRCP 26(a)(1) due | September 30, 2024 | January 10, 2025 |
| Reports of rebuttal expert witnesses under FRCP 26(a)(2) due | October 14, 2024 | January 24, 2025 |

STIPULATED MOTION TO EXTEND DEADLINES
(No. 2:23-cv-01624-LK-BAT) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| All motions related to discovery must be noted for consideration no later than | October 16, 2024 | January 17, 2025 |
| Discovery to be completed by | November 15, 2024 | February 14, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)).  Such motions must be noted for consideration no later than 28 days thereafter (see LCR 7(d)). | December 9, 2024 | March 7, 2025 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | December 23, 2024 | March 21, 2025 |
| Mediation per LCR 39.1(c)(3) held no later than | January 20, 2025 | April 4, 2025 |
| All motions in limine must be filed by | February 10, 2025 | TBD (pending trial date) |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objection fields | February 17, 2025 | TBD (pending trial date) |
| Trial briefs, proposed voir dire questions, and deposition designations due | February 17, 2025 | TBD (pending trial date) |
| Pretrial conference scheduled at 10:00 am on | February 24, 2025 | TBD (pending trial date) |

9. Based on the foregoing, the parties respectfully request that the Court grant their stipulated motion and extend the case schedule accordingly.  The parties separately request that the Court vacate the trial date set for March 3, 2025.  Counsel will meet-and-confer to discuss potential dates to propose to the Court for setting a new trial date.

IT IS SO STIPULATED.

STIPULATED MOTION TO EXTEND DEADLINES
(No. 2:23-cv-01624-LK-BAT) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1  DATED this 27th day of September, 2024.

2                                          Davis Wright Tremaine LLP

3

4              By  *s/ Joby Celoza*
                   John Goldmark, WSBA #26369
5                  Joby Celoza, *pro hac vice*
                   920 Fifth Avenue, Suite 3300
6                  Seattle, WA  98104-1610
                   Telephone: 206-757-8068
7                  E-mail: johngoldmark@dwt.com
                   E-mail: jobyceloza@dwt.com

8              *Counsel for Plaintiff David D. Butler*

9

10             By  *s/ Johnna S. Craig*
                   Johnna S. Craig, WSBA #35559
11                 OID #91023
                   Assistant Attorney General
12                 P.O. Box 40126
                   Olympia, WA 98504-0125
13                 Telephone: 360-586-6300
                   E-mail: Johnna.craig@atg.wa.gov
14

15             *Counsel for Defendants*

STIPULATED MOTION TO EXTEND DEADLINES
(No. 2:23-cv-01624-LK-BAT) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# ORDER

The Court **GRANTS** the Parties' stipulated motion. The pretrial schedule is modified as follows:

| Event | Current Date | New Date |
|---|---|---|
| Deadline for Amended pleadings. | September 30, 2024 | November 1, 2024 |
| Reports of expert witnesses under FRCP 26(a)(1) due | September 30, 2024 | January 10, 2025 |
| Reports of rebuttal expert witnesses under FRCP 26(a)(2) due | October 14, 2024 | January 24, 2025 |
| All motions related to discovery must be noted for consideration no later than | October 16, 2024 | January 17, 2025 |
| Discovery to be completed by | November 15, 2024 | February 14, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)). Such motions must be noted for consideration no later than 28 days thereafter (see LCR 7(d)). | December 9, 2024 | March 7, 2025 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | December 23, 2024 | March 21, 2025 |
| Mediation per LCR 39.1(c)(3) held no later than | January 20, 2025 | April 4, 2025 |
| All motions in limine must be filed by | February 10, 2025 | TBD (pending trial date) |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objection fields | February 17, 2025 | TBD (pending trial date) |
| Trial briefs, proposed voir dire questions, and deposition designations due | February 17, 2025 | TBD (pending trial date) |
| Pretrial conference scheduled at 10:00 am on | February 24, 2025 | TBD (pending trial date) |

///

///

///

STIPULATED MOTION TO EXTEND DEADLINES
(No. 2:23-cv-01624-LK-BAT) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

IT IS SO ORDERED this 30th day of September, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

STIPULATED MOTION TO EXTEND DEADLINES
(No. 2:23-cv-01624-LK-BAT) - 6

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax