The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID D. BUTLER,<br><br>                Plaintiff,<br><br>    v.<br><br>JAMES HANKEN, et al.,<br><br>                Defendants. | No. 2:23-cv-01624-LK-BAT<br><br>STIPULATED MOTION AND ORDER EXTENDING CASE DEADLINES<br><br>Noted for Consideration: November 1, 2024 |

**STIPULATED MOTION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff David Butler ("Plaintiff") and Defendants James Hankin, Calvin Cogburn, and Dr. Steven Jewitt ("Defendants") hereby stipulate and agree to the following proposed deadline extending the pre-trial dates in the above-captioned matter, subject to the Court's approval.

1. On September 30, 2024, the Court entered its Order Granting the Parties' stipulated trial date and pretrial schedule. *See* Dkt. 31.

2. Counsel for Plaintiff has been unexpectedly out of office and on extended leave due to a medical emergency. On October 28, 2024, the Parties agreed to extend the deadlines for the case to ensure the parties may conduct a meaningful investigation into the additional claims raised by Mr. Butler in *Butler v. Bowen et al.*, 2:24-cv-1071-KKE, which has since been consolidated with the above-captioned action. *See* 2:24-cv-01071-KKE, Dkt. 6. In accordance with the above, the Parties thus stipulate and agree to the following amended case pre-trial schedule (subject to Court approval):

STIPULATED MOTION TO EXTEND DEADLINES
(No. 2:23-cv-01624-LK-BAT) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

| Event | Current Date | Requested Date |
|---|---|---|
| Deadline for Amended pleadings. | November 1, 2024 | December 6, 2024 |
| Reports of expert witnesses under FRCP 26(a)(1) due | January 10, 2025 | February 14, 2025 |
| Reports of rebuttal expert witnesses under FRCP 26(a)(2) due | January 24, 2025 | February 28, 2025 |
| All motions related to discovery must be noted for consideration no later than | January 17, 2025 | February 21, 2025 |
| Discovery to be completed by | February 14, 2025 | March 21, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)).  Such motions must be noted for consideration no later than 28 days thereafter (see LCR 7(d)). | March 7, 2025 | April 11, 2025 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | March 21, 2025 | April 25, 2025 |
| Mediation per LCR 39.1(c)(3) held no later than | April 4, 2025 | May 9, 2025 |
| All motions in limine must be filed by | TBD (pending trial date) | TBD (pending trial date) |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objection fields | TBD (pending trial date) | TBD (pending trial date) |
| Trial briefs, proposed voir dire questions, and deposition designations due | TBD (pending trial date) | TBD (pending trial date) |
| Pretrial conference scheduled at 10:00 am on | TBD (pending trial date) | TBD (pending trial date) |

3. Based on the foregoing, the parties respectfully request that the Court grant their stipulated motion and extend the case schedule accordingly.

//
//
//
//
//

STIPULATED MOTION TO EXTEND DEADLINES
(No. 2:23-cv-01624-LK-BAT) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

IT IS SO STIPULATED.

DATED this 1st day of November, 2024.

        Davis Wright Tremaine LLP

        By  *s/ Joby Celoza*
           John Goldmark, WSBA #26369
           Joby Celoza, *pro hac vice*
           920 Fifth Avenue, Suite 3300
           Seattle, WA  98104-1610
           Telephone: 206-757-8068
           E-mail: johngoldmark@dwt.com
           E-mail: jobyceloza@dwt.com

        *Counsel for Plaintiff David D. Butler*

        By  *s/ Thomas Hudson for Johnna S. Craig*
           Johnna S. Craig, WSBA #35559
           OID #91023
           Assistant Attorney General
           P.O. Box 40126
           Olympia, WA 98504-0125
           Telephone: 360-586-6300
           E-mail: Johnna.craig@atg.wa.gov

        *Counsel for Defendants*

## **ORDER**

The Court GRANTS the Parties' stipulated motion.  The pretrial schedule is modified as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Deadline for Amended pleadings. | November 1, 2024 | **December 6, 2024** |
| Reports of expert witnesses under FRCP 26(a)(1) due | January 10, 2025 | **February 14, 2025** |
| Reports of rebuttal expert witnesses under FRCP 26(a)(2) due | January 24, 2025 | **February 28, 2025** |
| All motions related to discovery must be noted for consideration no later than | January 17, 2025 | **February 21, 2025** |
| Discovery to be completed by | February 14, 2025 | **March 21, 2025** |

STIPULATED MOTION TO EXTEND DEADLINES
(No. 2:23-cv-01624-LK-BAT) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

| | | |
|---|---|---|
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)). Such motions must be noted for consideration no later than 28 days thereafter (see LCR 7(d)). | March 7, 2025 | **April 11, 2025** |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | March 21, 2025 | **April 25, 2025** |
| Mediation per LCR 39.1(c)(3) held no later than | April 4, 2025 | **May 9, 2025** |
| All motions in limine must be filed by | TBD (pending trial date) | **TBD (pending trial date)** |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objection fields | TBD (pending trial date) | **TBD (pending trial date)** |
| Trial briefs, proposed voir dire questions, and deposition designations due | TBD (pending trial date) | **TBD (pending trial date)** |
| Pretrial conference scheduled at 10:00 am on | TBD (pending trial date) | **TBD (pending trial date)** |

IT IS SO ORDERED this 4th day of November, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

STIPULATED MOTION TO EXTEND DEADLINES
(No. 2:23-cv-01624-LK-BAT) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax