The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID D. BUTLER,<br><br>                Plaintiff,<br><br>    v.<br><br>JAMES HANKEN, et al.,<br><br>                Defendants. | No. 2:23-cv-01624-LK-BAT<br><br>STIPULATED MOTION AND ORDER EXTENDING CASE DEADLINES<br><br>Noted for Consideration:<br>January 14, 2025 |

## **STIPULATED MOTION**

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff David Butler ("Plaintiff") and Defendants James Hankin, Calvin Cogburn, and Dr. Steven Jewitt ("Defendants") hereby stipulate and agree to the following proposed deadline extending the pre-trial dates in the above-captioned matter, subject to the Court's approval.

    1.    On November 4, 2024, the Court entered its Order Granting the Parties' stipulated trial date and pretrial schedule. *See* Dkt. 33.

    2.    Counsel for Plaintiff was unexpectedly out of office and on extended leave due to a medical emergency. On January 10, 2025, the Parties agreed to extend the deadlines for the case to ensure the parties may conduct a meaningful investigation into the additional claims raised by Mr. Butler in *Butler v. Bowen et al.*, 2:24-cv-1071-KKE, which has since been consolidated with the above-captioned action. *See* 2:24-cv-01071-KKE, Dkt. 6. In accordance

STIPULATED MOTION TO EXTEND DEADLINES
(No. 2:23-cv-01624-LK-BAT) - 1
4906-8794-6511v.1 0202206-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

with the above, the Parties thus stipulate and agree to the following amended case pre-trial schedule (subject to Court approval):

| Event | Current Date | Requested Date |
|---|---|---|
| Deadline for Amended pleadings. | December 6, 2024 | February 14, 2025 |
| Reports of expert witnesses under FRCP 26(a)(1) due | February 14, 2025 | April 25, 2025 |
| Reports of rebuttal expert witnesses under FRCP 26(a)(2) due | February 28, 2025 | May 9, 2025 |
| All motions related to discovery must be noted for consideration no later than | February 21, 2025 | May 2, 2025 |
| Discovery to be completed by | March 21, 2025 | May 30, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)).  Such motions must be noted for consideration no later than 28 days thereafter (see LCR 7(d)). | April 11, 2025 | June 20, 2025 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | April 25, 2025 | July 8, 2025 |
| Mediation per LCR 39.1(c)(3) held no later than | May 9, 2025 | July 18, 2025 |
| All motions in limine must be filed by | TBD (pending trial date) | TBD (pending trial date) |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objection fields | TBD (pending trial date) | TBD (pending trial date) |
| Trial briefs, proposed voir dire questions, and deposition designations due | TBD (pending trial date) | TBD (pending trial date) |
| Pretrial conference scheduled at 10:00 am on | TBD (pending trial date) | TBD (pending trial date) |

///

///

///

///

STIPULATED MOTION TO EXTEND DEADLINES
(No. 2:23-cv-01624-LK-BAT) - 2
4906-8794-6511v.1 0202206-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

3.   Based on the foregoing, the parties respectfully request that the Court grant their stipulated motion and extend the case schedule accordingly.

IT IS SO STIPULATED.

DATED this 14th day of January, 2025.

Davis Wright Tremaine LLP

By  *s/ Joby Celoza*
John Goldmark, WSBA #26369
Joby Celoza, *pro hac vice*
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206-757-8068
E-mail: johngoldmark@dwt.com
E-mail: jobyceloza@dwt.com

*Counsel for Plaintiff David D. Butler*

By  *s/ Johnna S. Craig*
Johnna S. Craig, WSBA #35559
OID #91023
Assistant Attorney General
P.O. Box 40126
Olympia, WA 98504-0125
Telephone: 360-586-6300
E-mail: Johnna.craig@atg.wa.gov

*Counsel for Defendants*

STIPULATED MOTION TO EXTEND DEADLINES
(No. 2:23-cv-01624-LK-BAT) - 3
4906-8794-6511v.1 0202206-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

# ORDER

The Court **GRANTS** the Parties' stipulated motion. The pretrial schedule is modified as follows:

| Event | Current Date | New Date |
|---|---|---|
| Deadline for Amended pleadings. | December 6, 2024 | February 14, 2025 |
| Reports of expert witnesses under FRCP 26(a)(1) due | February 14, 2025 | April 25, 2025 |
| Reports of rebuttal expert witnesses under FRCP 26(a)(2) due | February 28, 2025 | May 9, 2025 |
| All motions related to discovery must be noted for consideration no later than | February 21, 2025 | May 2, 2025 |
| Discovery to be completed by | March 21, 2025 | May 30, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)).  Such motions must be noted for consideration no later than 28 days thereafter (see LCR 7(d)). | April 11, 2025 | June 20, 2025 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | April 25, 2025 | July 8, 2025 |
| Mediation per LCR 39.1(c)(3) held no later than | May 9, 2025 | July 18, 2025 |
| All motions in limine must be filed by | TBD (pending trial date) | TBD (pending trial date) |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objection fields | TBD (pending trial date) | TBD (pending trial date) |
| Trial briefs, proposed voir dire questions, and deposition designations due | TBD (pending trial date) | TBD (pending trial date) |
| Pretrial conference scheduled at 10:00 am on | TBD (pending trial date) | TBD (pending trial date) |

///

///

///

STIPULATED MOTION TO EXTEND DEADLINES
(No. 2:23-cv-01624-LK-BAT) - 4
4906-8794-6511v.1 0202206-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1   IT IS SO ORDERED this 14th day of January, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

STIPULATED MOTION TO EXTEND DEADLINES
(No. 2:23-cv-01624-LK-BAT) - 5
4906-8794-6511v.1 0202206-000001

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax