UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID D. BUTLER,<br><br>     Plaintiff,<br><br> v.<br><br>JAMES HANKEN, et al.,<br><br>     Defendants. | CASE NO. 2:23-cv-01624-LK-BAT<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR EXTENSION, DKT. 42** |

  The Court **DENIES without prejudice** the parties' stipulated motion to extend the pretrial due dates that were previously ordered.

  The parties ask for an extension to "fully engage and complete discovery." Dkt. 42. While this might be a sufficient basis to grant an extension very early in a case, the Court has already extended the pretrial deadlines on more than one occasion. Hence merely stating more time is needed to complete discovery, without any further explanation, fails to provide the Court with any basis to find good cause to extend or continue deadlines that have been ordered. LCR 16(b)(6).

  The Court denies the motion without prejudice, thus leaving the parties room to refile for an extension. The parties should be aware that given the length of time this case has been pending and the number of extensions already granted, any further extension must be supported

ORDER DENYING WITHOUT PREJUDICE
MOTION FOR EXTENSION, DKT. 42 - 1

by good cause.

DATED this 19th day of May, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge