1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID D. BUTLER,

                    Plaintiff,

          v.

JAMES HANKEN, et al.,

                    Defendants.

CASE NO. C23-1624-LK-BAT

**ORDER EXTENDING CASE DEADLINES**

Having considered the parties' stipulated motion to extend case deadlines (Dkt. 48) and finding that good cause has been established, the Court GRANTS the parties' stipulated motion. The pretrial schedule is modified as follows:

| Event | Current Date | New Date |
|---|---|---|
| Deadline for Amended pleadings. | February 14, 2025 | N/A |
| Reports of expert witnesses under FRCP 26(a)(1) due | April 25, 2025 | N/A |
| Reports of rebuttal expert witnesses under FRCP 26(a)(2) due | May 9, 2025 | September 1, 2025 |
| All motions related to discovery must be noted for consideration no later than | May 2, 2025 | N/A |
| Discovery to be completed by | July 29, 2025 | October 27, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)). Such motions must be noted for | August 19, 2025 | November 17, 2025 |

ORDER EXTENDING CASE DEADLINES - 1

| | | |
|---|---|---|
| consideration no later than 28 days thereafter (see LCR 7(d)). | | |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | September 8, 2025 | December 8, 2025 |
| Mediation per LCR 39.1(c)(3) held no later than | September 16, 2025 | December 15, 2025 |
| All motions in limine must be filed by | TBD (pending trial date) | TBD (pending trial date) |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objection fields | TBD (pending trial date) | TBD (pending trial date) |
| Trial briefs, proposed voir dire questions, and deposition designations due | TBD (pending trial date) | TBD (pending trial date) |
| Pretrial conference scheduled at 10:00 am on | TBD (pending trial date) | TBD (pending trial date) |

Based upon the parties' representation that with this extension, they do not anticipate requesting any further extensions to the pre-trial schedule, and considering the number and length of previous extensions, absent a showing of extraordinary circumstances, the Court will not grant further extensions related to the discovery process.

DATED this 14th day of July, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER EXTENDING CASE DEADLINES - 2