THE HONORABLE BRIAN A TSUCHIDA
Without Oral Argument

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| DAVID D. BUTLER 343955, <br><br> Plaintiff, <br><br> v. <br><br> CALVIN COGBURN, STEVEN JEWITT, KEVIN BOWEN, KARIE RAINER, D. STOVER, JON COERS, JOHN REYES, ERIC RAINEY-GIBSON, AND JOHN DOES 1-10, <br><br> Defendants. | NO. 2:23-cv-01624-LK-BAT <br><br> ORDER EXTENDING CASE DEADLINES |

## **ORDER**

The Court GRANTS the Parties' stipulated motion to extend case deadlines (Dkt. 54). However, no further extensions of pre-trial dates will be granted absent extraordinary circumstances.

The pre-trial schedule is modified as follows:

| Event | Current Date | Requested Date |
|---|---|---|
| Deadline for Amended pleadings. | February 14, 2025 | N/A |
| Reports of expert witnesses under FRCP 26(a)(1) due | April 25, 2025 | N/A |
| Reports of rebuttal expert witnesses under FRCP 26(a)(2) due | May 9, 2025 | N/A |

| | | |
|---|---|---|
| All motions related to discovery must be noted for consideration no later than | May 2, 2025 | N/A |
| Discovery to be completed by | October 27, 2025 | January 27, 2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)).  Such motions must be noted for consideration no later than 28 days thereafter (see LCR 7(d)). | November 17, 2025 | February 19, 2026 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | December 8, 2025 | March 8, 2026 |
| Mediation per LCR 39.1(c)(3) held no later than | December 15, 2025 | March 16, 2026 |
| All motions in limine must be filed by | TBD (pending trial date) | TBD (pending trial date) |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objection fields | TBD (pending trial date) | TBD (pending trial date) |
| Trial briefs, proposed voir dire questions, and deposition designations due | TBD (pending trial date) | TBD (pending trial date) |
| Pretrial conference scheduled at 10:00 am on | TBD (pending trial date) | TBD (pending trial date) |

IT IS SO ORDERED this 15th day of October, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge