THE HONORABLE BRIAN A TSUCHIDA
Without Oral Argument

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| DAVID D. BUTLER 343955,<br><br>                        Plaintiff,<br><br>   v.<br><br>CALVIN COGBURN, STEVEN JEWITT, KEVIN BOWEN, KARIE RAINER, D. STOVER, JON COERS, JOHN REYES, ERIC RAINEY-GIBSON, AND JOHN DOES 1-10,<br><br>                        Defendants. | NO.  2:23-cv-01624-LK-BAT<br><br>STIPULATED MOTION AND ORDER EXTENDING CASE DEADLINES<br><br>NOTING DATE: January 27, 2026 |

## <u>STIPULATED MOTION</u>

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff David Butler ("Plaintiff") and Defendants Calvin Cogburn, Steven Jewitt, Kevin Bowen, Karie Rainier, D. Stover, Jon Coers, John Reyes, and Eric Rainey-Gibson ("Defendants") hereby stipulate and agree to the following proposed deadline extending the pre-trial dates in the above-captioned matter, subject to the Court's approval.

1.     Counsel for Defendants have been preparing for a trial initially set to begin on February 2, 2026.

2.     That trial has been moved to April 13, 2026.

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING
CASE DEADLINES
NO.  2:23-CV-01624-LK-BAT

1

**ERROR! AUTOTEXT ENTRY NOT DEFINED.**

3.    Defendants' counsel continues to work through the voluminous amount of documents it has been working on since the last request for extension was filed. There are now approximately 9,400 documents remaining to be reviewed and/or produced.

4.    Approximately 24,500 documents have been reviewed to date.

5.    Approximately 7,500 have been produced so far.

6.    The parties have attempted to schedule expert depositions but have been unsuccessful.

7.    The parties have diligently advanced discovery, but additional time is necessary for Defendants to review and transmit non-privileged information and documents responsive to the Plaintiff's fourth set of requests for production and second set of interrogatories for Plaintiff to review Defendants' production.

8.    The parties need additional time to complete discovery so that they may engage meaningfully in mediation and be fully prepared to depose each other's expert.

9.    In accordance with the above, the Parties thus stipulate and agree to the below amended case pre-trial schedule (subject to Court approval).

10.    The Parties believe that the foregoing represents good cause and respectfully request that the Court grant their stipulated motion and extend the case schedule accordingly.

Presented by:

NICHOLAS W. BROWN
Attorney General

s/ Johnna S. Craig
JOHNNA  S. CRAIG, WSBA No. 35559
Assistant Attorney General
Attorney for Department of Corrections
P.O. Box 40126
Olympia, WA 98504-0126
Phone: 360-586-6300
Johnna.Craig@atg.wa.gov

Approved as to form:

DAVIS WRIGHT TREMAINE, LLP

s/ Ardie Ermac
JOHN GOLDMARK, WSBA No. 40980
ADAM SGRO, *pro hac vice*
ARDIE ERMAC, WSBA No. 60755
ALEC ZATIRKA, WSBA No. 63873
Attorneys for Plaintiff

## ORDER

The Court GRANTS the Parties' stipulated motion.  The pretrial schedule is modified as follows:

| Event | Current Date | Requested Date |
|---|---|---|
| Deadline for Amended pleadings. | February 14, 2025 | N/A |
| Reports of expert witnesses under FRCP 26(a)(1) due | April 25, 2025 | N/A |
| Reports of rebuttal expert witnesses under FRCP 26(a)(2) due | May 9, 2025 | N/A |
| All motions related to discovery must be noted for consideration no later than | May 2, 2025 | N/A |
| Discovery to be completed by | January 27, 2025 | March 27, 2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)).  Such motions must be noted for consideration no later than 28 days thereafter (see LCR 7(d)). | February 19, 2026 | April 19, 2026 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | March 8, 2025 | May 8, 2026 |
| Mediation per LCR 39.1(c)(3) held no later than | March 16, 2026 | May 16, 2026 |
| All motions in limine must be filed by | TBD (pending trial date) | TBD (pending trial date) |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objection fields | TBD (pending trial date) | TBD (pending trial date) |
| Trial briefs, proposed voir dire questions, and deposition designations due | TBD (pending trial date) | TBD (pending trial date) |
| Pretrial conference scheduled at 10:00 am on | TBD (pending trial date) | TBD (pending trial date) |

IT IS SO ORDERED this 29th day of January, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge