THE HONORABLE LAUREN KING
THE HONORABLE BRIAN A TSUCHIDA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| DAVID D. BUTLER 343955,<br><br>       Plaintiff,<br><br> v.<br><br>CALVIN COGBURN, STEVEN JEWITT, KEVIN BOWEN, KARIE RAINER, D. STOVER, JON COERS, JOHN REYES, ERIC RAINEY-GIBSON, AND JOHN DOES 1-10,<br><br>       Defendants. | NO.  2:23-cv-01624-LK-BAT<br><br>STIPULATED MOTION AND [PROPOSED] ORDER DISMISSING CERTAIN DEFENDANTS AND CLAIMS<br><br>NOTING DATE: April 15, 2026 |

## STIPULATED MOTION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff David D. Butler ("Plaintiff") and Defendants Calvin Cogburn, Steven Jewitt, Kevin Bowen, Karie Rainier, D. Stover, Jon Coers, John Reyes, and Eric Rainey-Gibson ("Defendants") respectfully stipulate to the dismissal, with prejudice, of Counts Three, Four, Five, Six, and Seven of Plaintiff's First Amended Complaint. *See* Dkt. No. 37 ¶¶ 52–76. Plaintiff and Defendants further respectfully stipulate to the dismissal, with prejudice, of defendants Kevin Bowen, Karie Rainier, D. Stover, Jon Coers, John Reyes, and Eric Rainey-Gibson from this action.

The parties shall all bear their own attorneys' fees, costs, and expenses with respect to the foregoing dismissed parties and claims. Counts One and Two of the First Amended

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Complaint, *id.* ¶¶ 39–51, and Defendants Calvin Cogburn and Steven Jewitt, are *not* dismissed and remain in this action, and this dismissal has no effect on those claims.

IT IS SO STIPULATED.

Dated this 15th day of April, 2026

| | |
|---|---|
| DAVIS WRIGHT TREMAINE, LLP | NICHOLAS W. BROWN<br>Attorney General |
| By: *s/ Ardie Ermac*<br>JOHN GOLDMARK, WSBA No. 40980<br>ADAM SGRO, *pro hac vice*<br>ALEC ZATIRKA, WSBA No. 63873<br>ARDIE ERMAC, WSBA No. 60755<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA  98104-1610<br>Telephone: 206-757-8068<br>Email: johngoldmark@dwt.com<br>        adamsgro@dwt.com<br>        aleczatirka@dwt.com<br>        ardieermac@dwt.com | By: *s/ Johnna S. Craig*<br>JOHNNA S. CRAIG, WSBA No. 35559<br>Assistant Attorney General<br>P.O. Box 40126<br>Olympia, WA  98504-0126<br>Telephone: 360-586-6300<br>Emai: Johnna.Craig@atg.wa.gov<br><br>*Counsel for Defendants* |
| *Counsel for Plaintiff* | |

# ~~[PROPOSED]~~ ORDER

The Court GRANTS the Parties' stipulated motion.

IT IS SO ORDERED this __15th__ day of April, 2026.

_____
HONORABLE LAUREN KING

STIPULATED MOTION AND
~~[PROPOSED]~~ ORDER DISMISSING
CERTAIN DEFENDANTS & CLAIMS - 2
NO.  2:23-CV-01624-LK-BAT

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax