The Honorable Lauren King
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID D. BUTLER,

                Plaintiff,

     v.

CALVIN COGBURN, et al.,

                Defendants.

No. 2:23-cv-01624-LK-BAT

ORDER GRANTING PLAINTIFF'S STIPULATED MOTION TO SEAL DECLARATION OF ADAM SGRO AND EXHIBITS ATTACHED THERETO

THIS MATTER came before the Court on Plaintiff's Stipulated Motion to Seal, with Plaintiff appearing by and through ARDIE ERMAC, JOHN GOLDMARK, ADAM SGRO and ALEC ZATIRKA of DAVIS WRIGHT TREMAINE, LLP and Defendants appearing by and through NICHOLAS W. BROWN, Attorney General, and JOHNNNA S. CRAIG, Assistant Attorney General.

The Court having considered the following pleadings and documents:

1.     Plaintiff's Stipulated Motion to Seal Declaration of Adan Sgro and Exhibits Attached Thereto;

The Court, having reviewed the pleadings, declarations and exhibits, it is now hereby ORDERED, ADJUDGED, AND DECREED that:

1.     The Court finds that there are compelling reasons to seal the medical records used as exhibits in the Declaration of Adam Sgro filed with Plaintiff's Opposition to Defendants' Motion

[PROPOSED] ORDER GRANTING STIP. MOTION TO SEAL
(No. 2:23-cv-01624-LK-BAT) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

for Summary Judgment.  It has been recognized that there are significant concerns presented by public dissemination of medical records protected under the Health Insurance Portability and Accountability Act.  *See* Title 45 CFR §164.500 through 530.  Plaintiff remains incarcerated at the same facility.  Defendants stipulate to this motion.  The Court finds these legal basis and confidentiality concerns compelling.

2. The Court has balanced these concerns with the public's right to know and the public interest.  Although there is a public interest in having access to materials submitted as part of court motions, the interest is outweighed here by the compelling interest in maintaining the confidentiality of medical records.

3. Plaintiff's Motion to Seal Declaration of Adam Sgro and Exhibits Attached Thereto is GRANTED.

DATED this 11th day of May, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

\

Presented by:

DAVIS WRIGHT TREMAINE, LLP

*/s/ John Goldmark*
JOHN GOLDMARK, WSBA No. 40980
ADAM SGRO, *pro hac vice*
ARDIE ERMAC, WSBA No. 60755
ALEC ZATIRKA, WSBA No. 63873
Attorneys for Plaintiff

Approved as to form:

NICHOLAS W. BROWN
Attorney General

*/s/ Johnna S. Craig*
JOHNNA S. CRAIG, WSBA No. 35559
Assistant Attorney General
Attorney for Defendants
P.O. Box 40126
Olympia, WA 98504-0126
Phone: 360-586-6300
Johnna.Craig@atg.wa.gov

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax