The Honorable Brian A. Tsuchida

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

DAVID D. BUTLER,

                Plaintiff,

 v.

CALVIN COGBURN, ET AL.,

                Defendants.

NO.  2:23-cv-01624-LK-BAT

ORDER GRANTING DEFENDANTS'
STIPULATED MOTION TO SEAL
DECLARATION OF JOHNNA CRAIG

THIS MATTER came on regularly for Defendants' Motion to Seal, and appearing by and through NICHOLAS W. BROWN, Attorney General, and JOHNNA S. CRAIG, Assistant Attorney General with Plaintiff appearing by and through ARDIE ERMAC, JOHN GOLDMARK, ADAM SGRO and ALEC ZATIRKA of DAVIS WRIGHT TREMAINE, LLP.

The Court having considered the following pleadings and documents:

1.      Defendants' Stipulated Motion to Seal Declaration of Johnna Craig;

2.      _____.

//

//

//

//

ORDER GRANTING DEFENDANTS'
MOTION TO SEAL DECLARATION OF
JOHNNA CRAIG

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

The Court, having reviewed the pleadings, declarations and exhibits, it is now hereby ORDERED, ADJUDGED, AND DECREED that:

1.      The Court finds that there are compelling reasons to seal the medical records used as exhibits in the Declaration of Johnna Craig filed with Defendants' Reply to Plaintiff's Response to Motion for Summary Judgment. Washington courts and federal courts have recognized the significant concerns present by public dissemination of medical records under HIPAA. Title 45 CFR §164.500 through 530. The Plaintiff remains incarcerated at the same facility. Plaintiff stipulates to this motion. The Court finds these legal basis and confidentiality concerns compelling.

2.      The Court has balanced these concerns with the public's right to know and the public interest. Although there is a public interest in having access to materials submitted as part of court motions, the interest is outweighed here by the compelling interest in maintaining the confidentiality of medical records.

3.      Defendants' Motion to Seal Declaration of Johnna Craig is GRANTED.

DATED this 19th day of May, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:                              Approved as to form:

NICHOLAS W. BROWN                          DAVIS WRIGHT TREMAINE, LLP
Attorney General


s/ Johnna S. Craig
JOHNNA S. CRAIG, WSBA No. 35559            JOHN GOLDMARK, WSBA No. 40980
Assistant Attorney General                 ADAM SGRO, pro hac vice
Attorney for Department of Corrections      ARDIE ERMAC, WSBA No. 60755
P.O. Box 40126                             ALEC ZATIRKA, WSBA No. 63873
Olympia, WA 98504-0126                     Attorneys for Plaintiff
Phone: 360-586-6300
Johnna.Craig@atg.wa.gov

ORDER GRANTING DEFENDANTS'                    2                    ATTORNEY GENERAL OF WASHINGTON
MOTION TO SEAL DECLARATION OF                                            Torts Division
JOHNNA CRAIG                                                             7141 Cleanwater Drive SW
                                                                        PO Box 40126
                                                                        Olympia, WA 98504-0126
                                                                        (360) 586-6300