UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID D. BUTLER,

               Plaintiff,

   v.

JAMES HANKEN, et al.,

               Defendants.

CASE NO. C23-1624-LK-BAT

**ORDER EXTENDING DEADLINE
TO COMPLETE MEDIATION**

For good cause shown, the Court GRANTS the Parties' stipulated motion and hereby extends the deadline to complete mediation to July 24, 2026.

The Clerk is directed to re-note defendants' Motion for Summary Judgment (Dkt. 61) for the Court's consideration on July 24, 2026.

DATED this 19th day of May, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER EXTENDING DEADLINE TO
COMPLETE MEDIATION - 1